SARA EISIG, Appellant, v ELI WEINSTEIN, Respondent, et al., Defendant.

Submitted March 19, 2001; decided May 10, 2001

Motion, insofar as it seeks leave to appeal from the Appellate Division order denying appellant's motion to enlarge the time to serve and file a brief, dismissed upon the ground that such order does not finally determine the action within the meaning of the Constitution; motion for leave to appeal otherwise denied.